**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 98.117.45.54**

**ISP:** Verizon Online, LLC
**Physical Location:** Columbia, MD

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/02/2017 09:59:53 | 5B83CEBBD62C1A363577BE1789A8D322E4DAF4A4 | Dressed to Thrill |
| 09/01/2017 14:47:23 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 06/26/2017 17:23:03 | EA2F26BB9B0C0C8C4810BBBE2CAA6D0AC7010BCE | Caprice Swaps Cocks |
| 04/24/2017 14:22:49 | 209B81F1D95FE34D255D2ACE4776CAC5B305FDAA | All I Want for Christmas |
| 04/19/2017 19:57:59 | 80887678F3F20DEED3580EBFDF7E550F96CE32E6 | Czechmates |
| 04/19/2017 17:55:22 | FC35F5ED86A37786D1CE7F3C99C7AEC5B0A500EE | Inside Caprice |
| 04/14/2017 20:42:19 | DD36A75D6AA96D185FF7B49FFF2A462620FD41A2 | Good Morning Melissa |
| 04/14/2017 20:31:54 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 04/10/2017 14:37:40 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 04/09/2017 21:03:02 | 84E441EB7F9EEA34B1CD08C515422B3A3575EEF8 | Hot Winter Fox |
| 04/07/2017 14:19:19 | 58D5EEF4EC45FC5453BB2C4378AE51B99C924B3A | Hungry For Your Love |
| 04/04/2017 04:24:59 | E08FC7C36E6FEB1F4B1BBF0A973DCD0652413A8D | Twice as Nice |
| 04/03/2017 15:21:13 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 03/31/2017 16:46:45 | FBBFFA336DF8727A7E1CE300DC5CA127A658AC83 | New Year Bang |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

MD639